UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CA, INC. d/b/a CA TECHNOLOGIES (A BROADCOM COMPANY), a Delaware corporation,<br><br>    Plaintiff,<br>vs.<br><br>WALMART, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 20-cv-925-JS-ST<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>ORDER |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CA, Inc., through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety with prejudice against Defendant Walmart, Inc.

Dated: March 4, 2020

HUESTON HENNIGAN LLP

By: /s/ Alison L. Plessman
Alison L. Plessman (pro hac vice)

*Attorneys for Plaintiff*
*CA, Inc. d/b/a CA Technologies (A Broadcom Company)*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: March 4, 2020
Central Islip, NY

NOTICE OF VOLUNTARY DISMISSAL

5721466